# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Charles M. Woods II
Plaintiff

v.

JAMES WOOD AUTO PARK INC, Russ Ellis,
Defendant

Civil Action No. 4-23CV-1046Y

## COMPLAINT

Plaintiff, [Charles Woods II], hereby brings this action against Defendants James Wood Auto Park Inc., Russ Ellis, Jeff Horn, Denny Aldridge, Will Lewis, and Melanie Gregg, for not rebutting the affidavit sent on July 31, 2023 and for violating federal statutes.

1. This is an action seeking damages and other appropriate remedies for the harm caused to Plaintiff by the Defendants' failure to abide by federal laws and regulations in regards to the procurement of financing for a 2024 Chevrolet 3500 DRW High Country Black with sunroof.

2. Plaintiff is a consumer and natural person who applied for financing for a 2024 Chevrolet 3500 DRW High Country with Defendants James Wood Auto Park Inc., Russ Ellis, Jeff Horn, Denny Aldridge, Will Lewis, and Melanie Gregg (hereinafter referred to as "Defendants").

3. Defendants, who are subject to the regulations outlined in 15 U.S.C. 1691c and 12 CFR 1002, failed to follow proper procedures and regulations in regards to the credit application process.

4. Defendants have failed to provide any evidence or rebuttal to Plaintiff's affidavit and have therefore not met their burden of proof in regards to the credit transaction in question.

\* Attach additional pages as needed.

Date: October 13, 2023
Signature: /s/ C. Woods II
Print Name: Charles M. Woods II
Address: 2613 Carten Street
City, State, Zip: Fort Worth, TX 76112
Telephone: 8177244126

5. The actions of Defendants are in violation of federal laws and statutes, specifically 15 U.S. Code 1642, U.S.C. 1681m, and 12 CFR 1002, which provide for civil and criminal liability for such violations.

6. Plaintiff has suffered damages and harm because of Defendants' unlawful actions, including but not limited to, unauthorized use of their credit card and denial of credit based on illegal and discriminatory practices.

7. Plaintiff demands a 2024 Chevrolet 3500 DRW High Country Black with sunroof.

8. Plaintiff also seeks compensation for any and all actual damages incurred as a result of Defendants' violations of 15 USC 1681n and USC 1681o.

9. Plaintiff further seeks reasonable attorney's fees and costs associated with bringing this action.

10. Plaintiff reserves the right to amend this complaint to include any additional claims that may become necessary as the case proceeds.

Plaintiff demands a trial by jury on all issues triable by jury.

Conclusion

Wherefore, Plaintiff respectfully requests that this Honorable Court enter judgment in their favor and against Defendants for the relief demanded in this complaint, along with any and all further relief this Court deems just and appropriate.

Respectfully submitted,

Charles M. Woods II

*[signature]*  10-13-23

I hereby certify that a true and correct copy of the above was sent by certified mail, return receipt requested, to the following Defendants on August 1, 2023.