IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

```
CHARLES M. WOODS, II            §
                                §
VS.                             §    ACTION NO. 4:23-CV-1046-Y
                                §
JAMES WOOD AUTO PARK, INC.,     §
ET AL.                          §
```

### ORDER OF DISMISSAL

The above-styled and numbered cause of action was filed on October 13, 2023. On October 8, 2024, the Court ordered Plaintiff to file an amended complaint no later than October 30, 2024, if he desired to pursue his claims in this cause (doc. 6). In doing so, the Court cautioned Plaintiff that failure to file the amended complaint may result in the dismissal of this action without further notice. *Id.* As of the date of this order, Plaintiff has failed to file an amended complaint.

Accordingly, all of Plaintiff's claims are **DISMISSED without prejudice** for lack of prosecution. *See* Fed. R. Civ. P. 41(b).

SIGNED November 20, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE