```
IN THE UNITED STATES DISTRICT COURT
  FOR THE NORTHERN DISTRICT OF TEXAS
            FORT WORTH DIVISION

CHARLES M. WOODS, II           §
                               §
VS.                            §   ACTION NO. 4:23-CV-1046-Y
                               §
JAMES WOOD AUTO PARK, INC.,    §
ET AL.                         §
```

**FINAL JUDGMENT**

This judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with the Court's order of dismissal, this case is **DISMISSED without prejudice**. Each party shall bear its own respective costs and attorney's fees.

SIGNED November 20, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE